**Frank Kafka and Frances Kafka, appellees, v. Sarah B. Peterson, appellant. Gen. No. 33,824.**

Opinion filed March 17, 1930. Rehearing denied March 31, 1930.

Enoch J. Price, for appellant. Bernard W. Vinissky, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

**James Petrulas, appellee, v. Julius Salk et al., appellants. Gen. No. 33,854.**

Opinion filed March 17, 1930. Rehearing denied March 31, 1930.

Archie H. Cohen, for appellants; Al Martin Curtis, of counsel. Pantelis, Klein & Porikos, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

**The People of the State of Illinois ex rel. Thomas J. Caughlin, appellant, v. City of Chicago et al., appellees. Gen. No. 33,904.**

Opinion filed March 17, 1930.

Francis E. Hinckley, for appellant. Samuel A. Ettelson, Corporation Counsel and Francis J. Vurpillat, Assistant Corporation Counsel, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

**Emery C. Pronger et al., appellants, v. Millard A. Rauhoff et al., appellees. Gen. No. 33,973.**

Opinion filed March 17, 1930. Rehearing denied and opinion slightly modified March 31, 1930.

Judd H. Matthews, for appellants; Roy C. Merrick, of counsel. Wolf & Love, for appellees.

Mr. Justice Matchett delivered the opinion of the court.